UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                   :
CHRISTINE SCOTT,                         :
                                                   :
                              Plaintiff,     :
                                                   :            23-CV-7711 (VSB)
                         -against-                :
                                                   :                    **ORDER**
YSB SERVICES INC.,                 :
                                                   :
                              Defendants.  :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On April 12, 2024, I entered an Order directing the parties to submit a joint letter and a proposed case management plan and scheduling order on or before April 26, 2024.  (Doc. 46.) To date, the parties have not done so.  Accordingly, the parties are hereby:

       ORDERED to file the joint letter and proposed case management plan and scheduling order by no later than May 16, 2024.  If the parties fail to do so, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   May 2, 2024
           New York, New York

                                                                         _____
                                                                         Vernon S. Broderick
                                                                         United States District Judge